UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,        No. C 13-5509 PJH (PR)

  v.        **ORDER OF DISMISSAL**

GREG MUNKS, et. al.,

    Defendants.

    Plaintiff, a detainee, has filed a civil rights action.  Plaintiff was sent a notice that he had not paid the filing fee or properly applied for leave to proceed in forma pauperis ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application.  More than twenty-eight days has passed and plaintiff has not paid the fee or filed a proper application to proceed IFP.  Therefore, this case is **DISMISSED** without prejudice.  The motion to amend the complaint (Docket No. 4) is **DENIED**.  The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 16, 2014.

                     PHYLLIS J. HAMILTON
                     United States District Judge

G:\PRO-SE\PJH\CR.13\Hollins5509.dsm-ifp.wpd